UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. – 3:09-cr-285(VLB) |
| v. | : | |
| ROBBY ELBERT | : | FEBRUARY 20, 2010 |

## MOTION TO CONTINUE JUJRY SELECTION

The Defendant, Robby Elbert, through counsel, respectfully requests the Court to continue jury selection for said defendant's case from March 2, 2010 until June 8, 2010 or such other date that the court may select. In support of this Motion, counsel represents:

1. The undersigned's previously scheduled trial schedule makes it very difficult to commence jury selection in this case prior to June, 2010.

2. The undersigned and the defendant need more time in which to prepare sufficiently for trial.

3. The undersigned discussed this Motion for Continuance with Assistant United States' Attorney Vatti, who stated he had no objection to the Motion.

4. It is in the interest of justice to grant this Motion for Continuance.

**WHEREFORE**, based on the foregoing, the Defendant, Milton Roman, respectfully requests that the Court grant this Motion to Continue Jury Selection.

RESPECTFULLY SUBMITTED,
THE DEFENDANT, ROBBY ELBERT

BY: _____
Walter C. Bansley, III
267 Orange Street
New Haven, CT 06510
Tel: 203-776-1900
Fax: 203-773-1904
Federal Bar #11856 CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. – *3:09-cr-285(VLB)* |
| v. | : | |
| ROBBY ELBERT | : | FEBRUARY 20, 2010 |

### CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2010, the foregoing Motion for Continuance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's system.

_____
Walter C. Bansley, III
Counsel for Robby Elbert